

# THE THIRTEENTH COURT OF APPEALS

13-18-00623-CV

Maria R. Pedroza, Individually and as Representative of the Estate of Pedro A. Pedroza, Zulia Cavazos, Daniel Pedroza, and Lorraine Pedroza, as Heirs of the Estate of Pedro A. Pedroza

v.

Mario Salazar and Kinney Bonded Warehouse, Inc.

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-5635-15-F

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, Maria R. Pedroza, Individually and as Representative of the Estate of Pedro A. Pedroza, Zulia Cavazos, Daniel Pedroza, and Lorraine Pedroza, as Heirs of the Estate of Pedro A. Pedroza.

We further order this decision certified below for observance.

February 13, 2020